JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                     :

UNITED STATES OF AMERICA
                     :

       -v.-
                     :

PEDRO BAEZ-RAMON,
   a/k/a "Ernesto Solano"    :

      Defendant.        :

                     :

- - - - - - - - - - - - - - - - x

**INDICTMENT**

10 Cr.



10 CRIM 780

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 0 1 SEP 2011

<u>COUNT ONE</u>

The Grand Jury charges:

1.    From at least on or about August 20, 2010, in the Southern District of New York, PEDRO BAEZ-RAMON, a/k/a "Ernesto Solano," the defendant, being an alien, after having been removed from the United States on or about August 17, 1995, unlawfully was found in the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission, and did so subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about March 31, 1995, in New York State Supreme Court, New York County, for attempted criminal sale of a controlled substance in the third degree, in violation of New York Penal Law § 220.39.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

## COUNT TWO

The Grand Jury further charges:

2.    On or about January 9, 2009, in the Southern District of New York, PEDRO BAEZ-RAMON, a/k/a "Ernesto Solano," the defendant, unlawfully, willfully, and knowingly, in a matter relating to, and under, and by virtue of any law of the United States relating to naturalization, citizenship, or registry of aliens, did make materially false, fictitious, and fraudulent statements and representations under oath, to wit, in a form N-400 Application for Naturalization signed by PEDRO BAEZ-RAMON, a/k/a "Ernesto Solano," the defendant, under penalty of perjury, BAEZ-RAMON falsely stated that he had never been arrested, cited, or detained by any law enforcement officer or been in jail or prison; that he had never been charged with or convicted of a crime; and that he had never been removed, excluded, or deported from the United States, or ordered to be removed, excluded, or deported from the United States.

(Title 18, United States Code, Section 1015(a).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---
---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---
---

**UNITED STATES OF AMERICA**

- v. -

**PEDRO BAEZ-RAMON,**
**a/k/a "Ernesto Solano,"**

**Defendant.**

---
---

**INDICTMENT**

10 Cr.

8 U.S.C. § 1326(a) & (b)(2),
18 U.S.C. § 1015(a)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.